UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KIMBERLY MONAHAN

      v.                                                3:10-cv-00638(JCH)

NRA GROUP, LLC, d/b/a
National Recovery Agency

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of defendant's Motion for Summary Judgment.

The Court has reviewed all of the papers filed in conjunction with the Motion and on September 6, 2011, entered a Ruling granting defendant's Motion with regard to plaintiff's FDCPA claim. The court declines to exercise jurisdiction over plaintiff's state law claims.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant, against the plaintiff, and the case is closed.

Dated at Bridgeport, Connecticut, this 7th day of September, 2011.

                                                            Robin D. Tabora, Clerk

                                                      By /s/ Bernadette J. DeRubeis
                                                           Deputy Clerk

Entered on Docket _____